UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CASTLE OIL CORPORATION,

        Plaintiff,

-against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

        Defendant.
----------------------------------------------------------------X

**JUDGE KARAS**

Index No.:

**NOTICE OF REMOVAL**

**07 CIV. 7330**

Defendant, INFO-SYS SOFTWARE, INC., by its attorneys KAUFMAN BORGEEST & RYAN LLP, file this Notice of Removal, and respectfully state as follows:

1. On or about June 27, 2007, Plaintiff filed a Summons and Complaint in New York State Supreme Court, Westchester County, entitled, <u>Castle Oil Corporation v. Info-Sys Software, Inc.</u> Upon information and belief, Plaintiff mailed said Summons and Complaint to Info-Sys at its Montreal location on or about July 17, 2007.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders mailed to defendant in the state court action are attached hereto as Exhibit "A".

3. Removal of this action is based upon diversity of citizenship pursuant to 28 U.S.C § 1332. According to the Summons, Plaintiff is a resident of the County of Westchester, State of New York. At all relevant times, Defendant LES LOGICIELS INFO-SYS SOFTWARE, INC. was/is a corporation incorporated under the laws of Canada, having its principal place of business at 160 Monterville, Suite 201, City of Boucherville, Quebec.

4. This action also satisfies the jurisdictional amount in controversy. As set forth in the Complaint, Plaintiff is seeking damages in excess of $75,000.

5. The United States District Court for the Southern District of New York is the proper venue for this action because the State Court action was filed by Plaintiff in the Supreme Court of the State of New York, County of Westchester. Furthermore, the Agreement entered into by the parties, which is at issue in this case, provides that an action or proceeding arising out of, or relating to it shall be brought in this Court or in New York State Supreme Court, Westchester County.

6. The undersigned attests that in addition to filing this Notice of Removal on behalf of the Defendant, and in accordance with 28 U.S.C. § 1446(d), she is concurrently filing a Notice of Filing of Notice of Removal with the clerk of the Supreme Court of the State of New York, County of Westchester, and has given written notice of the same to all parties. See Exhibit B.

7. There are no known motions pending in this action before the Supreme Court of the State of New York, County of Westchester.

WHEREFORE, Defendant prays that the above action now pending against it in the Supreme Court in the State of New York, Westchester County, be removed therefrom to the United States District Court, Southern District of New York.

Dated: Valhalla, New York
August 16, 2007

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
Attorneys for Petitioner/Defendant
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100
(914) 741-0025 (fax)

TO: Lillian Weigert
GELLERT & KLEIN, P.C.
Attorneys for Plaintiff
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250