SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCEHSTER
-------------------------------------------------------------------X

CASTLE OIL CORPORATION,                                    Index No.: 11614/07

             Plaintiff,

      -against-

LES LOGICIELS INFO-SYS                                    **NOTICE OF FILING OF**
SOFTWARE, INC.                                            **NOTICE OF REMOVAL**

             Defendant.
-------------------------------------------------------------------X

TO:   Clerk of Court
      New York State Supreme Court
      County of Westchester
      111 Martin Luther King, Jr. Boulevard
      White Plains, New York 10601

Please take notice that pursuant to 28 U.S.C. § 1332 and 1446, Defendant, INFO-SYS

SOFTWARE, INC., did, on August 16, 2007, file a Notice of Removal in the United States

District Court for the Southern District of New York, a copy of which is attached hereto, and that

said matter shall proceed hereinafter in the United States District Court for the Southern District

of New York.

Dated: Valhalla, New York
       August 16, 2007

                       Respectfully submitted,

                       KAUFMAN BORGEEST & RYAN LLP

                       _By:_ Ann Marie Collins
                       By:  Ann Marie Collins
                       Attorneys for Defendant
                       200 Summit Lake Drive
                       Valhalla, New York 10595
                       (914) 741-6100
                       (914) 741-0025 (fax)

567200

TO:    Lillian Weigert
       GELLERT & KLEIN, P.C.
       Attorneys for Plaintiff
       75 Washington Street
       Poughkeepsie, New York 12601
       (845) 454-3250

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                               )    ss.:
COUNTY OF WESTCHESTER    )

        Ann Marie Collins, being duly sworn, deposes and says:

        That deponent is not a party to this action, is over 18 years of age and resides in

Westchester County, New York.

        That on the 16th day of August, 2007, in connection with the state court case captioned,

<u>Castle Oil Corporation v. Les Logiciels Info-Sys Software, Inc.</u>, New York Supreme Court,

Westchester County, Index No.: 11614/2007, deponent caused to be served, by United States

mail, the following:

        Notice of Removal with Exhibits,
        Civil Action Cover Sheet, the
        Defendant's Rule 1.9 Statement, and the Notice of Filing of Notice of
        Removal,

upon the following at the addresses shown:

        Lillian S. Weigart, Esq.
        Gellert & Klein, P.C.
        75 Washington Street
        Poughkeepsie, New York 12601
        Attorneys for Plaintiff

_____
Ann Marie Collins

Sworn to before me this
16th day of August, 2007

_____
Notary Public

NANCY BARBATO
NOTARY PUBLIC, State of New York
No. 01BA6024218
Qualified in Westchester County
Commission Expires 5/3/11