UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASTLE OIL CORPORATION,

                    Plaintiff,

                -against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

                    Defendant.
-----------------------------------------------------------------X

**JUDGE KARAS**

Index No.:

**RULE 1.9 DISCLOSURE STATEMENT**

**07 CIV. 7330**

Pursuant to Rule 1.9 of the general rules of the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the defendant has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Valhalla, New York
       August 16, 2007

Respectfully submitted,

KAUFMAN, BORGEEST & RYAN

By: _____
Wayne E. Borgeest (WB 3034)
Ann Marie Collins (AC 7125)
Attorneys for the Defendant
Les Ligiciels Info-Sys Software, Inc.
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100
(914) 741-0025 (fax)