Wayne E. Borgeest (WB-3034)
Ann Marie Collins (AC-7125)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
acollins@kbrlaw.com

*Attorneys for Les Logiciels Info-Sys Software, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CASTLE OIL CORPORATION,

    Plaintiff,

  -against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

    Defendant.
-----------------------------------------------------------------X

Index No.: 07-7330

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the defendant has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Valhalla, New York
   August 16, 2007

              Respectfully submitted,

              KAUFMAN, BORGEEST & RYAN

      By: _/s/ Ann Marie Collins_
          Wayne E. Borgeest (WB 3034)
          Ann Marie Collins (AC 7125)
          Attorneys for the Defendant

448201-1

Les Logiciels Info-Sys Software, Inc.
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100
(914) 741-0025 (fax)
acollins@kbrlaw.com