AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF WESTCHESTER      )

Ann Marie Collins, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

On the 23rd day of August, 2007, in connection with the court case captioned, <u>Castle Oil Corporation v. Les Logiciels Info-Sys Software, Inc.</u>, Case No. 07-CV-7330, filed in the District Court for the Southern District of New York, I caused to be served, via U.S. mail, postage prepaid, the following:

- Info-Sys's Rule 7.1 Statement; and
- Info-Sys's Answer and Counterclaims

upon the following at the addresses shown:

    Lillian S. Weigart, Esq.
    Gellert & Klein, P.C.
    75 Washington Street
    Poughkeepsie, New York 12601
    Attorneys for Plaintiff

_____
Ann Marie Collins

Sworn to before me this
23rd day of August, 2007

_____
Notary Public

TIFFANY S. HENDRICKSON
Notary Public, State of New York
No. 01HE6130070
Qualified in Westchester County
Commission Expires July 5, 20__