Lillian S. Weigert (LW 2869)
GELLERT & KLEIN, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250 – Telephone
(845) 454-4652 – Facsimile
lweigert@gklaw.us

*Attorneys for Castle Oil Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTLE OIL CORPORATION,

                Plaintiff,

-against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

                Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Index No. 07-7330

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the plaintiff has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Poughkeepsie, New York
       September 11, 2007

Respectfully submitted,

GELLERT & KLEIN, P.C.
BY:

*[signature]*
LILLIAN S. WEIGERT (LW 2869)
Attorneys for Plaintiff
Castle Oil Corporation
75 Washington Street
Poughkeepsie, NY 12601