Lillian S. Weigert (LW 2869)
GELLERT & KLEIN, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250 – Telephone
(845) 454-4652 – Facsimile
lweigert@gklaw.us

*Attorneys for Castle Oil Corporation*

**Plaintiff-counterclaim defendant Castle Oil Corporation hereby demands trial by jury of all claims and counterclaims.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTLE OIL CORPORATION,

        Plaintiff/Counterclaim Defendant,

-against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

        Defendant/Counterclaim Plaintiff.

**REPLY TO COUNTERCLAIMS**

Index No. 07-7330

---

Plaintiff-counterclaim defendant Castle Oil Corporation ("Castle") by its attorneys, Gellert & Klein, P.C., for its reply to counterclaims respectfully alleges as follows:

1. Admits the allegations of paragraph 1, except states that this paragraph contains no allegation or description as to newly interposed defendant "Les Logiciels Info-Sys Software, Inc." and denies knowledge or information concerning this entity.

2. Admits the allegations of paragraph 2.

3. Admits the allegations of paragraph 3.

4. Admits the allegations of paragraph 4, except states that this paragraph contains no allegation or description as to newly interposed defendant "Les Logiciels Info-Sys Software, Inc." and denies knowledge or information concerning this entity.

1

5. Admits the allegations of paragraph 5.

6. Admits the allegations of paragraph 6.

7. Denies the allegations of paragraph 7.

8. Denies the allegations of paragraph 8.

9. Denies the allegations of paragraph 9.

10. Denies the allegations of paragraph 10.

11. Denies the allegations of paragraph 11.

12. Denies the allegations of paragraph 12.

13. Denies the allegations of paragraph 13.

14. Admits the allegations of paragraph 14.

15. Denies the allegations of paragraph 15.

16. Denies the allegations of paragraph 16.

17. Denies the allegations of paragraph 17.

18. Admits the first sentence of paragraph 18 and denies the second sentence thereof.

19. Admits in paragraph 19 that a bill has been received by Castle for the sum of $126,317.77 and denies that the amount is owed under the Contract and to the extent the allegations infer or imply any wrongdoing on the part of Castle, it is denied.

20. Denies the allegations of paragraph 20.

21. No response to paragraph 21 is necessary as the document referred to speaks for itself and to the extent that the allegations infer or imply any wrongdoing on the part of Castle, it is denied.

22. Denies the allegations of paragraph 22.

23. Denies the allegations of paragraph 23.

24. Denies the allegations of paragraph 24.

25. Denies the allegations of paragraph 25.

26. Denies the allegations of paragraph 26.

27. Denies the allegations of paragraph 27.

28. Denies the allegations of paragraph 28.

29. Denies the allegations of paragraph 29

30. Denies the allegations of paragraph 30.

## FIRST COUNTERCLAIM

31. Castle repeats and realleges its responses to paragraphs 1 through 30 as fully set forth herein.

32. Denies the allegations of paragraph 32

33. Denies the allegations of paragraph 33.

## SECOND COUNTERCLAIM

34. Castle repeats and realleges its responses to paragraphs 1 through 33 as fully set forth herein.

35. Denies the allegations of paragraph 35

36. Denies the allegations of paragraph 36.

## THIRD COUNTERCLAIM

37. Castle repeats and realleges its responses to paragraphs 1 through 36 as fully set forth herein.

38. Denies the allegations of paragraph 38

39. Denies the allegations of paragraph 39.

## FIRST AFFIRMATIVE DEFENSE

40. A party unknown to this action, Les Logiciels Info-Sys Software, Inc. ("Les Logiciels") has been renamed as the defendant in the caption by the party that answered the complaint. It is unclear

whether the answer and counterclaims are submitted on behalf of Les Logiciels or Info-Sys and to the extent they have been asserted by Les Logiciels, upon information and belief, they are improper in that the party lacks standing to assert such claims.

### SECOND AFFIRMATIVE DEFENSE

41. Counterclaim plaintiff has failed to mitigate any damages it may have sustained as a result of the matters alleged in the counterclaim.

### THIRD AFFIRMATIVE DEFENSE

42. Any alleged non-performance by counterclaim defendant was excused by defendant's breaches of the Contract.

### FOURTH AFFIRMATIVE DEFENSE

43. Counterclaim plaintiff did not fulfill all conditions of the Contract in order to allege the said counterclaims.

### FIFTH AFFIRMATIVE DEFENSE

44. Counterclaim plaintiff's rights and claims, if any, are barred by its negligence and fraudulent misrepresentations.

### SIXTH AFFIRMATIVE DEFENSE

45. Any damages sustained by counterclaim plaintiff were caused in whole or in part by the acts and omissions of the said party.

### SEVENTH AFFIRMATIVE DEFENSE

46. Upon information and belief counterclaim, plaintiff has failed to properly name a necessary party to the counterclaim.

WHEREFORE, Castle Oil Corporation demands judgment against defendant/counterclaim

plaintiff for the sum of $642,767.05 plus additional damages in an amount to be proved at trial, interest, court costs, and the reasonable attorneys fees incurred in this action as well as dismissal of all counterclaims together with such other relief as the Court deems proper.

Dated: Poughkeepsie, New York
      September 11, 2007

                                        GELLERT & KLEIN, P.C.
                                      BY:

                                      LILLIAN S. WEIGERT (LW 2869)
                                      Attorneys for Plaintiff/Counterclaim Defendant
                                      Castle Oil Corporation
                                      75 Washington Street
                                      Poughkeepsie, NY 12601

To:    Wayne E. Borgeest, Esq.
        Ann Marie Collins, Esq.
        Kaufman Borgeest & Ryan LLP
        Attorneys for Defendant/Counterclaim Plaintiff
        Les Logiciels Info-Sys Software, Inc.
        200 Summit Lake Drive
        Valhalla, New York 10595