Lillian S. Weigert (LW 2869)
GELLERT & KLEIN, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250 – Telephone
(845) 454-4652 – Facsimile
lweigert@gklaw.us

*Attorneys for Castle Oil Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CASTLE OIL CORPORATION,

            Plaintiff,

-against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

            Defendant.
_____

**AFFIDAVIT OF SERVICE
BY MAIL**

Index No. 07-7330

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF DUTCHESS)

    I, ASHLEY SWENSON, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Kingston, New York.

    On September 11, 2007, I served the within **Rule 7.1 Disclosure Statement and Reply to Counterclaims** by depositing a true copy thereof enclosed in a post-paid wrapper and in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the person(s) named below at their last known address.

    Wayne E. Borgeest, Esq.
    Ann Marie Collins, Esq.
    Kaufman Borgeest & Ryan LLP
    200 Summit Lake Drive
    Valhalla, New York 10595

                                                              _____
                                                              ASHLEY SWENSON

Sworn to before me on
September 11, 2007

_____
NOTARY PUBLIC

BELINDA J. RANDALL
NOTARY PUBLIC - State of New York
No.: 01FR4966045
Appointed in Ulster County
Commission Expires 4/30/10

F:\USER\clients\C\Castle Oil Corp\Info-Sys Software Inc\Legal\Affidavit of Service.reply.wpd