UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CASTLE OIL CORPORATION,

                Plaintiff/Counterclaim Defendant,

-against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

                Defendant/Counterclaim Plaintiff.
------------------------------------------------------------------------X

Case No.: 07-7330

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance in this case for Defendant Les Logiciels Info-Sys Software, Inc.

I certified that I am admitted to practice in this Court.

Dated:    December 21, 2007
          New York, New York

                                              /s/ Joan M. Gilbride
                                              Joan M. Gilbride (JG 6238)
                                              *Attorneys for Les Logiciels Info-Sys Software,*
                                              *Inc. Defendants*
                                              Kaufman Borgeest & Ryan LLP
                                              99 Park Avenue
                                              New York, New York 10016
                                              Telephone: (212) 980-9600
                                              Facsimile: (212) 980-9291

TO:    Lillian S. Weigert
         Gellert & Klein, P.C.
         75 Washington Street
         Poughkeepsie, New York 12601
         Telephone: (845) 454-3250