# KAUFMAN BORGEEST & RYAN LLP

ATTORNEYS AT LAW

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO±
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*
MELINDA B. MARGOLIES±
JEFFREY S. WHITTINGTON°
CHRISTINE HEENAN

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN◻

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††‡
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER††
ANDREW R. JONES
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††

DOUGLAS J. DOMSKY
TIMOTHY E. MCCARTHY ■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*♦
MATTHEW M. FERGUSON♦
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA◻
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
THOMAS L. GALLIVAN
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*

KATHRYN M. WALSH
LAURA B. JUFFA
KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
ROBERT E. FEKETE
JULIE A. MICKIEWICZ●
LORRAINE C. SYLVESTER■
JESSICA MOLINARES
JENNIFER M. HAMILTON

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
♦ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
◻ ADMITTED IN CA ONLY
● ADMITTED IN CT ONLY
☆ BARRISTER AT LAW
   ADMITTED IN ENGLAND & WALES

March 6, 2008

**VIA ECF**

Lillian S. Weigart, Esq.
Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, New York 12601
Attorneys for Plaintiff

RE:  Castle Oil Corporation v. Les Logiciels Info-Sys Software, Inc.
     Case No. 07-CV-7330
     KB&R File No.: 932.020

Dear Counselor:

This letter is in response to the request made by you at the Rule 16 Conference on March 4, 2008. At the conference you requested two items: (1) evidence regarding our defense of improper service of process, and (2) copies of the attachments to the Certificate of Modification that we previously provided to you.

As to the service of process issue, please be advised that our client has elected to not pursue that defense. Please note that our waiver of this defense shall have no affect on any other defenses found in our client's Answer with Counterclaim.

As to the attachments to the Certificate of Modification, please find them enclosed herein. These attachments include the incorporation document, when our client was known as 9161-8009 Quebec Inc. (which name was modified by the Certificate of Modification previously provided to you), and an extract from the Quebec's corporation registry. We trust that these documents should be satisfactory regarding our client's corporate name. Additionally, I am enclosing a copy of the *Charter of the French Language* and the *Act respecting the Legal Publicity of Sole Proprietorships, Partnerships and Legal Persons*. Together, these two documents require companies carrying on business in Québec to have a French version of their business name.

If you have any questions please call me. Thank you.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

Encl.

cc :   Honorable Kenneth M. Karas
       United States District Court
       Southern District of New York
       300 Quarropas Street
       White Plains, NY 10601-4150