# Québec

# CERTIFICAT DE MODIFICATION

*Loi sur les compagnies, Partie IA*
(L.R.Q., chap. C-38)

J'atteste par les présentes que la compagnie

LES LOGICIELS INFO-SYS INC.

et sa ou ses version(s)

INFO-SYS SOFTWARE INC.

a modifié ses statuts le **29 NOVEMBRE 2005**, en vertu de la partie IA de la Loi sur les compagnies, comme indiqué dans les statuts de modification ci-joints.

*Déposé au registre le 12 janvier 2006
sous le matricule 1163304596*

Registraire des entreprises
Québec

Registraire des entreprises par intérim

R230I16L95L41JA

# Québec

# *CERTIFICAT DE CONSTITUTION*

*Loi sur les compagnies, Partie IA*
(L.R.Q., chap. C-38)

J'atteste par les présentes que la compagnie

9161-8009 QUÉBEC INC.

a été constituée le **21 OCTOBRE 2005**, en vertu de la partie IA de la Loi sur les compagnies, comme indiqué dans les statuts de constitution ci-joints.

*Déposé au registre le 24 octobre 2005 sous le matricule 1163304596*

Registraire des entreprises
Québec

Registraire des entreprises par intérim

E410I16Q95942OA

```
2008-03-03              LE REGISTRAIRE DES ENTREPRISES
H:21:07:14                      SYSTÈME CIDREQ

R-PU-U03-1        ÉTAT DES INFORMATIONS SUR UNE PERSONNE MORALE
                           INFORMATIONS GÉNÉRALES
                           ======================

MATRICULE: 1163304596           NOM: LES LOGICIELS INFO-SYS INC.



IMMATRICULATION : 2005-10-24
FORMATION       : 2005-10-21 CONSTITUTION
LOCALITÉ        : QUÉBEC

DERN DÉCL ANNL  : 2008-01-14  2007    DEMANDE DISS/LIQ EN COURS: NON
MAJ ÉTAT INFO   : 2008-01-18          TRANCHE EMPLOYÉS: ENTRE 11 ET 25
CESSATION PRÉVUE:             CONTINUAT:            TRANSFORM:
STATUT IMMATR   : IM  IMMATRICULÉ                   2005-10-24
RÉSULTANTE      :
FORME JURDQ     : CIE COMPAGNIE

ADRESSE DOMICILE: BUREAU 201                  CODE POSTAL: J4B 6S2
                  160, BOULEVARD DE MONTARVILLE
                  BOUCHERVILLE (QUÉBEC)

RÉG. CONSTITUTIF: 024 LOI SUR LES COMPAGNIES PARTIE 1A
RÉG. COURANT    : 024 LOI SUR LES COMPAGNIES PARTIE 1A

                          ACTIVITÉS ÉCONOMIQUES
                          =====================

7721 CONCEPTION ET VENTE DE LOGICIELS SPÉCIALISÉS (I.R.P.)


                              ADRESSE POSTALE
                              ===============

DESTINATAIRE    :

ADRESSE         : 160, BOUL MONTARVILLE, BUR 201   CODE POSTAL: J4B 6S2
                  BOUCHERVILLE (QUÉBEC)



                              PERSONNES LIÉES
                              ===============
PERSONNES MANQUANTES: NON
        NOM ET ADRESSE                  CODE POSTAL      DÉTAIL PERSONNE
======================================  ===========      ===================
9158-6107 QUÉBEC INC.                                    ACTIONNAIRE

                                                         ACTIONNAIRE MAJORITA

1100, BOULEVARD RENÉ-LÉVESQUE OUEST     H3B 5C9
MONTRÉAL (QUÉBEC)

-------------------------------------------------------------------------
ELBAZ, ALAIN                                             ADMINISTRATEUR
```

```
                                                      PRÉSIDENT


63, RUE ARLINGTON                           H3Y 2W5
WESTMOUNT (QUÉBEC)


------------------------------------------------------------------------
LE GOFF, ERIC                                         ADMINISTRATEUR
                                                      SECRÉTAIRE



210, CHEMIN DU GOLF, APP. 409               H3E 2A6
VERDUN (QUÉBEC)


------------------------------------------------------------------------


                         NOMS DE L'ASSUJETTI
                         ===================

DATE MAJ INDEX DES NOMS: 2006-01-12


         NOM DE L'ASSUJETTI                DATE DÉBUT   DATE FIN    STATUT
======================================     ==========   ==========  ==========

LES LOGICIELS INFO-SYS INC.                2005-11-29               EN VIGUEUR



-------- VERSIONS ÉTRANGÈRES --------
INFO-SYS SOFTWARE INC.




9161-8009 QUÉBEC INC.                      2005-10-21   2005-11-29  ANTÉRIEUR




                         DOCUMENTS MICROFILMÉS
                         =====================


              TYPE DOCUMENTS                         DATE       CAST   IMAGE
===========================================================  ==========  =====  =======

19   DÉCLARATION MODIFICATIVE                        2008-01-18 7372    1  043
707  ÉTAT & DÉCLARATION DE RENSEIGNEMENTS 2007       2008-01-14 0          000
19   DÉCLARATION MODIFICATIVE                        2007-01-16 7143    5  018
706  ÉTAT & DÉCLARATION DE RENSEIGNEMENTS 2006       2006-12-14 7172   20  047
32   CERTIFICAT DE MODIFICATION (PARTIE 1A)          2006-01-12 6653    4  020
17   DOCUMENTS ADMINISTRATIFS                        2005-12-28 6670   11  059
40   DÉCLARATION INITIALE                            2005-11-28 6550   37  034
30   CONSTITUTION                                    2005-10-24 6528    4  032
17   DOCUMENTS ADMINISTRATIFS                        2005-10-24 6545    8  017
```