191.  (Amendment integrated into c. C-9, ss. 2.1, 2.2).

1993, c. 48, s. 191.

192.  (Amendment integrated into c. C-9, s. 4).

1993, c. 48, s. 192.

193.  (Amendment integrated into c. C-9, s. 5).

1993, c. 48, s. 193.

194.  (Amendment integrated into c. C-9, s. 5.1).

1993, c. 48, s. 194.

195.  (Amendment integrated into c. C-9, s. 44).

1993, c. 48, s. 195.

196.  (Amendment integrated into c. C-9, Form 1).

1993, c. 48, s. 196.

CHARTER OF THE FRENCH LANGUAGE

197.  (Amendment integrated into c. C-11, s. 66).

1993, c. 48, s. 197.

CITIES AND TOWNS ACT

198.  (Amendment integrated into c. C-19, s. 458.14).

1993, c. 48, s. 198.

199.  (Amendment integrated into c. C-19, s. 458.16).

1993, c. 48, s. 199.

200.  (Amendment integrated into c. C-19, s. 458.17).

1993, c. 48, s. 200.

201.  (Amendment integrated into c. C-19, s. 458.18).

1993, c. 48, s. 201.

202.  (Amendment integrated into c. C-19, s. 458.21).

1993, c. 48, s. 202.

203.  (Amendment integrated into c. C-19, s. 458.41).

1993, c. 48, s. 203.

204.  (Amendment integrated into c. C-19, s. 465.3).

1993, c. 48, s. 204.

205.  (Amendment integrated into c. C-19, s. 465.6).

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 39 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 2 of 29

1993, c. 48, s. 205.

206.  (Amendment integrated into c. C-19, s. 465.9).

1993, c. 48, s. 206.

207.  (Amendment integrated into c. C-19, s. 465.9.1).

1993, c. 48, s. 207.

208.  (Amendment integrated into c. C-19, s. 465.15).

1993, c. 48, s. 208.

FISH AND GAME CLUBS ACT

209.  (Amendment integrated into c. C-22, s. 1).

1993, c. 48, s. 209.

210.  (Amendment integrated into c. C-22, s. 5).

1993, c. 48, s. 210.

AMUSEMENT CLUBS ACT

211.  (Amendment integrated into c. C-23, s. 1).

1993, c. 48, s. 211.

212.  (Amendment integrated into c. C-23, ss. 1.1, 1.2).

1993, c. 48, s. 212.

213.  (Omitted).

1993, c. 48, s. 213.

214.  (Amendment integrated into c. C-23, s. 4).

1993, c. 48, s. 214.

215.  (Amendment integrated into c. C-23, s. 8).

1993, c. 48, s. 215.

CODE OF CIVIL PROCEDURE

216.  (Amendment integrated into c. C-25, a. 130).

1993, c. 48, s. 216.

MUNICIPAL CODE OF QUÉBEC

217.  (Amendment integrated into c. C-27.1, a. 647).

1993, c. 48, s. 217.

218.  (Amendment integrated into c. C-27.1, a. 649).

1993, c. 48, s. 218.

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 40 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 3 of 29

219.  (Amendment integrated into c. C-27.1, a. 650).

1993, c. 48, s. 219.

220.  (Amendment integrated into c. C-27.1, a. 651).

1993, c. 48, s. 220.

221.  (Amendment integrated into c. C-27.1, a. 654).

1993, c. 48, s. 221.

222.  (Amendment integrated into c. C-27.1, a. 674).

1993, c. 48, s. 222.

223.  (Amendment integrated into c. C-27.1, a. 711.4).

1993, c. 48, s. 223.

224.  (Amendment integrated into c. C-27.1, a. 711.7).

1993, c. 48, s. 224.

225.  (Amendment integrated into c. C-27.1, a. 711.10).

1993, c. 48, s. 225.

226.  (Amendment integrated into c. C-27.1, a. 711.10.1).

1993, c. 48, s. 226.

227.  (Amendment integrated into c. C-27.1, a. 711.16).

1993, c. 48, s. 227.

COMPANIES ACT

228.  (Omitted).

1993, c. 48, s. 228.

229.  (Amendment integrated into c. C-38, s. 2.5).

1993, c. 48, s. 229.

230.  (Omitted).

1993, c. 48, s. 230.

231.  (Amendment integrated into c. C-38, s. 3).

1993, c. 48, s. 231.

232.  (Amendment integrated into c. C-38, s. 3.1).

1993, c. 48, s. 232.

233.  (Amendment integrated into c. C-38, s. 4).

1993, c. 48, s. 233.

234.  (Amendment integrated into c. C-38, s. 7).

1993, c. 48, s. 234.

235.  (Amendment integrated into c. C-38, s. 8).

1993, c. 48, s. 235.

236.  (Amendment integrated into c. C-38, ss. 9.1, 9.2).

1993, c. 48, s. 236.

237.  (Amendment integrated into c. C-38, s. 10).

1993, c. 48, s. 237.

238.  (Amendment integrated into c. C-38, s. 10.1).

1993, c. 48, s. 238.

239.  (Amendment integrated into c. C-38, s. 11).

1993, c. 48, s. 239.

240.  (Amendment integrated into c. C-38, s. 12).

1993, c. 48, s. 240.

241.  (Amendment integrated into c. C-38, s. 14).

1993, c. 48, s. 241.

242.  (Amendment integrated into c. C-38, s. 17).

1993, c. 48, s. 242.

243.  (Amendment integrated into c. C-38, s. 18).

1993, c. 48, s. 243.

244.  (Amendment integrated into c. C-38, ss. 18.1, 18.2).

1993, c. 48, s. 244.

245.  (Amendment integrated into c. C-38, s. 19).

1993, c. 48, s. 245.

246.  (Amendment integrated into c. C-38, s. 20).

1993, c. 48, s. 246.

247.  (Amendment integrated into c. C-38, s. 21).

1993, c. 48, s. 247.

248.  (Amendment integrated into c. C-38, s. 23).

1993, c. 48, s. 248.

249.  (Omitted).

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 5 of 29

1993, c. 48, s. 249.

250.  (Omitted).

1993, c. 48, s. 250.

251.  (Amendment integrated into c. C-38, s. 28).

1993, c. 48, s. 251.

252.  (Amendment integrated into c. C-38, s. 28.1).

1993, c. 48, s. 252.

253.  (Amendment integrated into c. C-38, s. 28.2).

1993, c. 48, s. 253.

254.  (Amendment integrated into c. C-38, s. 31).

1993, c. 48, s. 254.

255.  (Amendment integrated into c. C-38, s. 32).

1993, c. 48, s. 255.

256.  (Amendment integrated into c. C-38, s. 34.1).

1993, c. 48, s. 256.

257.  (Amendment integrated into c. C-38, s. 38).

1993, c. 48, s. 257.

258.  (Amendment integrated into c. C-38, s. 40).

1993, c. 48, s. 258.

259.  (Amendment integrated into c. C-38, s. 49).

1993, c. 48, s. 259.

260.  (Amendment integrated into c. C-38, s. 50).

1993, c. 48, s. 260.

261.  (Amendment integrated into c. C-38, s. 65).

1993, c. 48, s. 261.

262.  (Amendment integrated into c. C-38, s. 87).

1993, c. 48, s. 262.

263.  (Amendment integrated into c. C-38, s. 119).

1993, c. 48, s. 263.

264.  (Amendment integrated into c. C-38, s. 123.6).

1993, c. 48, s. 264.

265.  (Amendment integrated into c. C-38, s. 123.12).

1993, c. 48, s. 265.

266.  (Amendment integrated into c. C-38, s. 123.14).

1993, c. 48, s. 266.

267.  (Amendment integrated into c. C-38, s. 123.15).

1993, c. 48, s. 267.

268.  (Omitted).

1993, c. 48, s. 268.

269.  (Amendment integrated into c. C-38, s. 123.22).

1993, c. 48, s. 269.

270.  (Omitted).

1993, c. 48, s. 270.

271.  (Amendment integrated into c. C-38, s. 123.26).

1993, c. 48, s. 271.

272.  (Amendment integrated into c. C-38, s. 123.27).

1993, c. 48, s. 272.

273.  (Amendment integrated into c. C-38, ss. 123.27.1-123.27.7).

1993, c. 48, s. 273.

274.  (Omitted).

1993, c. 48, s. 274.

275.  (Amendment integrated into c. C-38, s. 123.30).

1993, c. 48, s. 275.

276.  (Amendment integrated into c. C-38, s. 123.31).

1993, c. 48, s. 276.

277.  (Amendment integrated into c. C-38, s. 123.35).

1993, c. 48, s. 277.

278.  (Omitted).

1993, c. 48, s. 278.

279.  (Amendment integrated into c. C-38, s. 123.81).

1993, c. 48, s. 279.

280.  (Amendment integrated into c. C-38, s. 123.109).

1993, c. 48, s. 280.

281. (Amendment integrated into c. C-38, s. 123.111).

1993, c. 48, s. 281.

282. (Omitted).

1993, c. 48, s. 282.

283. (Amendment integrated into c. C-38, s. 123.139.5).

1993, c. 48, s. 283.

284. (Amendment integrated into c. C-38, s. 123.143).

1993, c. 48, s. 284.

285. (Amendment integrated into c. C-38, s. 123.144).

1993, c. 48, s. 285.

286. (Amendment integrated into c. C-38, s. 123.145).

1993, c. 48, s. 286.

287. (Amendment integrated into c. C-38, s. 123.146).

1993, c. 48, s. 287.

288. (Amendment integrated into c. C-38, s. 123.147).

1993, c. 48, s. 288.

289. (Amendment integrated into c. C-38, ss. 123.148, 123.149).

1993, c. 48, s. 289.

290. (Omitted).

1993, c. 48, s. 290.

291. (Amendment integrated into c. C-38, s. 123.156).

1993, c. 48, s. 291.

292. (Amendment integrated into c. C-38, s. 123.157).

1993, c. 48, s. 292.

293. (Amendment integrated into c. C-38, s. 123.158).

1993, c. 48, s. 293.

294. (Amendment integrated into c. C-38, s. 123.159).

1993, c. 48, s. 294.

295. (Amendment integrated into c. C-38, s. 123.160).

1993, c. 48, s. 295.

296.  (Amendment integrated into c. C-38, s. 123.162).

1993, c. 48, s. 296.

297.  (Amendment integrated into c. C-38, s. 123.163).

1993, c. 48, s. 297.

298.  (Amendment integrated into c. C-38, s. 123.164).

1993, c. 48, s. 298.

299.  (Amendment integrated into c. C-38, s. 123.169).

1993, c. 48, s. 299.

300.  (Amendment integrated into c. C-38, s. 123.171).

1993, c. 48, s. 300.

301.  (Amendment integrated into c. C-38, s. 124).

1993, c. 48, s. 301.

302.  (Amendment integrated into c. C-38, s. 126.1).

1993, c. 48, s. 302.

303.  (Omitted).

1993, c. 48, s. 303.

304.  (Amendment integrated into c. C-38, heading of Division V of Part II).

1993, c. 48, s. 304.

305.  (Amendment integrated into c. C-38, s. 131).

1993, c. 48, s. 305.

306.  (Amendment integrated into c. C-38, s. 134).

1993, c. 48, s. 306.

307.  (Amendment integrated into c. C-38, s. 135).

1993, c. 48, s. 307.

308.  (Amendment integrated into c. C-38, s. 147).

1993, c. 48, s. 308.

309.  (Amendment integrated into c. C-38, s. 148).

1993, c. 48, s. 309.

310.  (Amendment integrated into c. C-38, s. 157).

1993, c. 48, s. 310.

311.  (Amendment integrated into c. C-38, s. 180).

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 46 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 9 of 29

1993, c. 48, s. 311.

312.  (Amendment integrated into c. C-38, s. 216).

1993, c. 48, s. 312.

313.  (Amendment integrated into c. C-38, s. 219).

1993, c. 48, s. 313.

314.  (Amendment integrated into c. C-38, s. 220).

1993, c. 48, s. 314.

315.  (Amendment integrated into c. C-38, s. 221).

1993, c. 48, s. 315.

316.  (Amendment integrated into c. C-38, ss. 221.1, 221.2).

1993, c. 48, s. 316.

317.  (Amendment integrated into c. C-38, s. 224).

1993, c. 48, s. 317.

318.  (Amendment integrated into c. C-38, s. 232).

1993, c. 48, s. 318.

CEMETERY COMPANIES ACT

319.  (Amendment integrated into c. C-40, s. 3.1).

1993, c. 48, s. 319.

320.  (Amendment integrated into c. C-40, s. 5).

1993, c. 48, s. 320.

TIMBER-DRIVING COMPANIES ACT

321.  (Amendment integrated into c. C-42, s. 1.1).

1993, c. 48, s. 321.

322.  (Amendment integrated into c. C-42, s. 6).

1993, c. 48, s. 322.

323.  (Amendment integrated into c. C-42, s. 6.1).

1993, c. 48, s. 323.

324.  (Amendment integrated into c. C-42, s. 11).

1993, c. 48, s. 324.

325.  (Amendment integrated into c. C-42, s. 11.1).

1993, c. 48, s. 325.

326. (Amendment integrated into c. C-42, s. 30).

1993, c. 48, s. 326.

327. (Amendment integrated into c. C-42, s. 44).

1993, c. 48, s. 327.

328. (Amendment integrated into c. C-42, s. 56).

1993, c. 48, s. 328.

329. (Amendment integrated into c. C-42, s. 64).

1993, c. 48, s. 329.

330. (Amendment integrated into c. C-42, s. 65).

1993, c. 48, s. 330.

331. (Amendment integrated into c. C-42, Form 1).

1993, c. 48, s. 331.

GAS, WATER AND ELECTRICITY COMPANIES ACT

332. (Amendment integrated into c. C-44, s. 5).

1993, c. 48, s. 332.

333. (Amendment integrated into c. C-44, s. 5.1).

1993, c. 48, s. 333.

334. (Amendment integrated into c. C-44, s. 8).

1993, c. 48, s. 334.

335. (Amendment integrated into c. C-44, s. 9 — French).

1993, c. 48, s. 335.

336. (Amendment integrated into c. C-44, s. 9.1).

1993, c. 48, s. 336.

337. (Omitted).

1993, c. 48, s. 337.

TELEGRAPH AND TELEPHONE COMPANIES ACT

338. (Amendment integrated into c. C-45, s. 2).

1993, c. 48, s. 338.

339. (Amendment integrated into c. C-45, s. 2.1).

1993, c. 48, s. 339.

340. (Amendment integrated into c. C-45, s. 4).

1993, c. 48, s. 340.

341.  (Amendment integrated into c. C-45, s. 6).

1993, c. 48, s. 341.

342.  (Amendment integrated into c. C-45, s. 6.1).

1993, c. 48, s. 342.

343.  (Amendment integrated into c. C-45, s. 14).

1993, c. 48, s. 343.

344.  (Amendment integrated into c. C-45, s. 25).

1993, c. 48, s. 344.

345.  (Omitted).

1993, c. 48, s. 345.

MINING COMPANIES ACT

346.  (Amendment integrated into c. C-47, s. 13).

1993, c. 48, s. 346.

347.  (Amendment integrated into c. C-47, s. 15).

1993, c. 48, s. 347.

348.  (Omitted).

1993, c. 48, s. 348.

349.  (Amendment integrated into c. C-47, s. 20).

1993, c. 48, s. 349.

350.  (Amendment integrated into c. C-47, Form 1).

1993, c. 48, s. 350.

CHURCH INCORPORATION ACT

351.  (Amendment integrated into c. C-63, s. 2).

1993, c. 48, s. 351.

352.  (Amendment integrated into c. C-63, s. 2.1).

1993, c. 48, s. 352.

353.  (Amendment integrated into c. C-63, s. 4).

1993, c. 48, s. 353.

354.  (Amendment integrated into c. C-63, s. 4.1).

1993, c. 48, s. 354.

355.  (Amendment integrated into c. C-63, s. 5).

1993, c. 48, s. 355.

356.  (Amendment integrated into c. C-63, s. 5.1).

1993, c. 48, s. 356.

COOPERATIVES ACT

357.  (Amendment integrated into c. C-67.2, s. 9).

1993, c. 48, s. 357.

358.  (Amendment integrated into c. C-67.2, s. 11).

1993, c. 48, s. 358.

359.  (Amendment integrated into c. C-67.2, s. 13).

1993, c. 48, s. 359.

360.  (Amendment integrated into c. C-67.2, s. 15).

1993, c. 48, s. 360.

361.  (Amendment integrated into c. C-67.2, s. 17.1).

1993, c. 48, s. 361.

362.  (Amendment integrated into c. C-67.2, s. 19).

1993, c. 48, s. 362.

363.  (Omitted).

1993, c. 48, s. 363.

364.  (Amendment integrated into c. C-67.2, s. 120).

1993, c. 48, s. 364.

365.  (Amendment integrated into c. C-67.2, s. 121).

1993, c. 48, s. 365.

366.  (Amendment integrated into c. C-67.2, s. 161).

1993, c. 48, s. 366.

367.  (Amendment integrated into c. C-67.2, s. 162).

1993, c. 48, s. 367.

368.  (Amendment integrated into c. C-67.2, s. 162.1).

1993, c. 48, s. 368.

369.  (Amendment integrated into c. C-67.2, s. 171.1).

1993, c. 48, s. 369.

370.  (Amendment integrated into c. C-67.2, s. 175).

1993, c. 48, s. 370.

371.  (Amendment integrated into c. C-67.2, ss. 189, 189.1).

1993, c. 48, s. 371.

372.  (Amendment integrated into c. C-67.2, s. 190).

1993, c. 48, s. 372.

373.  (Amendment integrated into c. C-67.2, s. 193).

1993, c. 48, s. 373.

374.  (Amendment integrated into c. C-67.2, s. 218).

1993, c. 48, s. 374.

375.  (Amendment integrated into c. C-67.2, s. 244).

1993, c. 48, s. 375.

376.  (Amendment integrated into c. C-67.2, s. 252).

1993, c. 48, s. 376.

377.  (Amendment integrated into c. C-67.2, s. 253).

1993, c. 48, s. 377.

378.  (Amendment integrated into c. C-67.2, s. 266).

1993, c. 48, s. 378.

379.  (Amendment integrated into c. C-67.2, s. 272).

1993, c. 48, s. 379.

ACT RESPECTING ROMAN CATHOLIC CEMETERY CORPORATIONS

380.  (Amendment integrated into c. C-69, s. 1).

1993, c. 48, s. 380.

381.  (Amendment integrated into c. C-69, s. 3).

1993, c. 48, s. 381.

382.  (Amendment integrated into c. C-69, s. 3.1).

1993, c. 48, s. 382.

383.  (Amendment integrated into c. C-69, s. 7.1).

1993, c. 48, s. 383.

384.  (Amendment integrated into c. C-69, s. 8).

1993, c. 48, s. 384.

385.  (Amendment integrated into c. C-69, s. 29).

1993, c. 48, s. 385.

386.  (Amendment integrated into c. C-69, s. 29.1).

1993, c. 48, s. 386.

387.  (Amendment integrated into c. C-69, s. 30).

1993, c. 48, s. 387.

388.  (Amendment integrated into c. C-69, s. 46).

1993, c. 48, s. 388.

389.  (Omitted).

1993, c. 48, s. 389.

390.  (Amendment integrated into c. C-69, s. 50).

1993, c. 48, s. 390.

ACT RESPECTING SECURITY FUND CORPORATIONS

391.  (Amendment integrated into c. C-69.1, s. 1).

1993, c. 48, s. 391.

392.  (Amendment integrated into c. C-69.1, s. 5.1).

1993, c. 48, s. 392.

393.  (Amendment integrated into c. C-69.1, s. 8.1).

1993, c. 48, s. 393.

394.  (Amendment integrated into c. C-69.1, s. 9).

1993, c. 48, s. 394.

395.  (Amendment integrated into c. C-69.1, s. 21).

1993, c. 48, s. 395.

396.  (Amendment integrated into c. C-69.1, s. 21.1).

1993, c. 48, s. 396.

RELIGIOUS CORPORATIONS ACT

397.  (Amendment integrated into c. C-71, s. 1).

1993, c. 48, s. 397.

398.  (Amendment integrated into c. C-71, s. 2.1).

1993, c. 48, s. 398.

399.  (Amendment integrated into c. C-71, s. 5.1).

Case 7:07-cv-07530-LMS    Document 11-5    Filed 03/06/2008    Page 15 of 29

1993, c. 48, s. 399.

400.  (Amendment integrated into c. C-71, s. 6).

1993, c. 48, s. 400.

401.  (Amendment integrated into c. C-71, s. 15).

1993, c. 48, s. 401.

402.  (Amendment integrated into c. C-71, s. 16).

1993, c. 48, s. 402.

ROMAN CATHOLIC BISHOPS ACT

403.  (Amendment integrated into c. E-17, s. 1).

1993, c. 48, s. 403.

404.  (Amendment integrated into c. E-17, ss. 2.1, 2.2).

1993, c. 48, s. 404.

405.  (Amendment integrated into c. E-17, s. 6).

1993, c. 48, s. 405.

406.  (Amendment integrated into c. E-17, s. 13).

1993, c. 48, s. 406.

407.  (Amendment integrated into c. E-17, s. 13.1).

1993, c. 48, s. 407.

408.  (Amendment integrated into c. E-17, s. 17).

1993, c. 48, s. 408.

409.  (Amendment integrated into c. E-17, s. 19).

1993, c. 48, s. 409.

410.  (Amendment integrated into c. E-17, s. 19.1).

1993, c. 48, s. 410.

ACT RESPECTING FABRIQUES

411.  (Amendment integrated into c. F-1, s. 1).

1993, c. 48, s. 411.

412.  (Amendment integrated into c. F-1, s. 2).

1993, c. 48, s. 412.

413.  (Amendment integrated into c. F-1, s. 3).

1993, c. 48, s. 413.

414. (Amendment integrated into c. F-1, s. 8.1).

1993, c. 48, s. 414.

415. (Amendment integrated into c. F-1, s. 10).

1993, c. 48, s. 415.

416. (Amendment integrated into c. F-1, s. 11).

1993, c. 48, s. 416.

417. (Amendment integrated into c. F-1, s. 16).

1993, c. 48, s. 417.

418. (Amendment integrated into c. F-1, s. 21).

1993, c. 48, s. 418.

419. (Amendment integrated into c. F-1, s. 21.1).

1993, c. 48, s. 419.

420. (Amendment integrated into c. F-1, schedule).

1993, c. 48, s. 420.

ACT TO ESTABLISH THE FONDS DE SOLIDARITÉ DES TRAVAILLEURS DU QUÉBEC (F.T.Q.)

421. (Amendment integrated into c. F-3.2.1, s. 2).

1993, c. 48, s. 421.

ACT RESPECTING THE INSPECTOR GENERAL OF FINANCIAL INSTITUTIONS

422. (Amendment integrated into c. I-11.1, schedule I).

1993, c. 48, s. 422.

WINDING-UP ACT

423. (Amendment integrated into c. L-4, s. 9).

1993, c. 48, s. 423.

424. (Amendment integrated into c. L-4, s. 17).

1993, c. 48, s. 424.

425. (Amendment integrated into c. L-4, s. 18).

1993, c. 48, s. 425.

426. (Amendment integrated into c. L-4, s. 19).

1993, c. 48, s. 426.

427. (Amendment integrated into c. L-4, s. 25.1).

1993, c. 48, s. 427.

428.  (Amendment integrated into c. L-4, s. 32).

1993, c. 48, s. 428.

429.  (Amendment integrated into c. L-4, s. 32.1).

1993, c. 48, s. 429.

NOTARIAL ACT

430.  (Amendment integrated into c. N-2, s. 9).

1993, c. 48, s. 430.

SPECIAL CORPORATE POWERS ACT

431.  (Amendment integrated into c. P-16, s. 3).

1993, c. 48, s. 431.

432.  (Amendment integrated into c. P-16, s. 5).

1993, c. 48, s. 432.

433.  (Omitted).

1993, c. 48, s. 433.

434.  (Amendment integrated into c. P-16, s. 8).

1993, c. 48, s. 434.

435.  (Amendment integrated into c. P-16, s. 20).

1993, c. 48, s. 435.

436.  (Amendment integrated into c. P-16, s. 24).

1993, c. 48, s. 436.

ACT RESPECTING FARMERS' AND DAIRYMEN'S ASSOCIATIONS

437.  (Amendment integrated into c. S-23, s. 2).

1993, c. 48, s. 437.

438.  (Amendment integrated into c. S-23, ss. 3.1, 3.2).

1993, c. 48, s. 438.

439.  (Amendment integrated into c. S-23, s. 4).

1993, c. 48, s. 439.

440.  (Amendment integrated into c. S-23, s. 5).

1993, c. 48, s. 440.

441.  (Amendment integrated into c. S-23, s. 5.1).

1993, c. 48, s. 441.

442.  (Amendment integrated into c. S-23, s. 7).

1993, c. 48, s. 442.

443.  (Amendment integrated into c. S-23, Form 1).

1993, c. 48, s. 443.

AGRICULTURAL SOCIETIES ACT

444.  (Amendment integrated into c. S-25, s. 1.1).

1993, c. 48, s. 444.

445.  (Amendment integrated into c. S-25, s. 18).

1993, c. 48, s. 445.

446.  (Amendment integrated into c. S-25, s. 24).

1993, c. 48, s. 446.

447.  (Amendment integrated into c. S-25, s. 30).

1993, c. 48, s. 447.

448.  (Amendment integrated into c. S-25, s. 69).

1993, c. 48, s. 448.

449.  (Amendment integrated into c. S-25, s. 72).

1993, c. 48, s. 449.

450.  (Amendment integrated into c. S-25, ss. 72.1-72.7).

1993, c. 48, s. 450.

451.  (Amendment integrated into c. S-25, Form 1).

1993, c. 48, s. 451.

HORTICULTURAL SOCIETIES ACT

452.  (Amendment integrated into c. S-27, s. 2.1).

1993, c. 48, s. 452.

453.  (Amendment integrated into c. S-27, s. 3).

1993, c. 48, s. 453.

454.  (Amendment integrated into c. S-27, s. 3.1).

1993, c. 48, s. 454.

455.  (Amendment integrated into c. S-27, s. 4).

1993, c. 48, s. 455.

456.  (Amendment integrated into c. S-27, s. 10).

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 56 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 19 of 29

1993, c. 48, s. 456.

457. (Amendment integrated into c. S-27, s. 10.1).

1993, c. 48, s. 457.

458. (Amendment integrated into c. S-27, s. 11).

1993, c. 48, s. 458.

459. (Amendment integrated into c. S-27, Division IV and s. 18).

1993, c. 48, s. 459.

460. (Amendment integrated into c. S-27, Form 1).

1993, c. 48, s. 460.

461. (Amendment integrated into c. S-27, Form 2).

1993, c. 48, s. 461.

BUTTER AND CHEESE SOCIETIES ACT

462. (Amendment integrated into c. S-29, s. 1).

1993, c. 48, s. 462.

463. (Amendment integrated into c. S-29, ss. 1.1, 1.2).

1993, c. 48, s. 463.

464. (Amendment integrated into c. S-29, s. 2).

1993, c. 48, s. 464.

465. (Amendment integrated into c. S-29, Division V and s. 14).

1993, c. 48, s. 465.

466. (Amendment integrated into c. S-29, Form 1).

1993, c. 48, s. 466.

ACT RESPECTING TRUST COMPANIES AND SAVINGS COMPANIES

467. (Amendment integrated into c. S-29.01, s. 6).

1993, c. 48, s. 467.

468. (Amendment integrated into c. S-29.01, s. 13).

1993, c. 48, s. 468.

469. (Amendment integrated into c. S-29.01, s. 15.1).

1993, c. 48, s. 469.

470. (Amendment integrated into c. S-29.01, s. 16).

1993, c. 48, s. 470.

471.  (Amendment integrated into c. S-29.01, s. 18).

1993, c. 48, s. 471.

472.  (Amendment integrated into c. S-29.01, s. 19).

1993, c. 48, s. 472.

473.  (Amendment integrated into c. S-29.01, s. 24).

1993, c. 48, s. 473.

474.  (Amendment integrated into c. S-29.01, s. 25).

1993, c. 48, s. 474.

475.  (Amendment integrated into c. S-29.01, s. 30).

1993, c. 48, s. 475.

476.  (Amendment integrated into c. S-29.01, s. 37).

1993, c. 48, s. 476.

477.  (Amendment integrated into c. S-29.01, s. 38).

1993, c. 48, s. 477.

478.  (Amendment integrated into c. S-29.01, s. 43).

1993, c. 48, s. 478.

479.  (Amendment integrated into c. S-29.01, s. 50).

1993, c. 48, s. 479.

480.  (Amendment integrated into c. S-29.01, s. 51).

1993, c. 48, s. 480.

481.  (Amendment integrated into c. S-29.01, s. 56).

1993, c. 48, s. 481.

482.  (Amendment integrated into c. S-29.01, s. 97).

1993, c. 48, s. 482.

483.  (Amendment integrated into c. S-29.01, s. 155).

1993, c. 48, s. 483.

484.  (Amendment integrated into c. S-29.01, s. 163).

1993, c. 48, s. 484.

485.  (Amendment integrated into c. S-29.01, s. 169).

1993, c. 48, s. 485.

486.  (Amendment integrated into c. S-29.01, ss. 169.1, 169.2).

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 58 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 21 of 29

1993, c. 48, s. 486.

487.  (Amendment integrated into c. S-29.01, s. 234).

1993, c. 48, s. 487.

488.  (Amendment integrated into c. S-29.01, s. 236).

1993, c. 48, s. 488.

489.  (Amendment integrated into c. S-29.01, s. 293).

1993, c. 48, s. 489.

490.  (Omitted).

1993, c. 48, s. 490.

NATIONAL BENEFIT SOCIETIES ACT

491.  (Amendment integrated into c. S-31, s. 1).

1993, c. 48, s. 491.

492.  (Amendment integrated into c. S-31, ss. 1.1, 1.2).

1993, c. 48, s. 492.

493.  (Amendment integrated into c. S-31, s. 5.1).

1993, c. 48, s. 493.

ACT RESPECTING SOCIETIES FOR THE PREVENTION OF CRUELTY TO ANIMALS

494.  (Amendment integrated into c. S-32, s. 1).

1993, c. 48, s. 494.

495.  (Amendment integrated into c. S-32, ss. 1.1, 1.2).

1993, c. 48, s. 495.

496.  (Amendment integrated into c. S-32, s. 2.1).

1993, c. 48, s. 496.

COOPERATIVE SYNDICATES ACT

497.  (Amendment integrated into c. S-38, s. 55).

1993, c. 48, s. 497.

498.  (Amendment integrated into c. S-38, s. 56).

1993, c. 48, s. 498.

499.  (Amendment integrated into c. S-38, s. 57).

1993, c. 48, s. 499.

STOCK-BREEDING SYNDICATES ACT

500.  (Amendment integrated into c. S-39, s. 3.1).

1993, c. 48, s. 500.

501.  (Amendment integrated into c. S-39, s. 4).

1993, c. 48, s. 501.

502.  (Amendment integrated into c. S-39, s. 11).

1993, c. 48, s. 502.

503.  (Amendment integrated into c. S-39, s. 11.1).

1993, c. 48, s. 503.

504.  (Amendment integrated into c. S-39, s. 13).

1993, c. 48, s. 504.

505.  (Amendment integrated into c. S-39, s. 13.1).

1993, c. 48, s. 505.

506.  (Amendment integrated into c. S-39, s. 31).

1993, c. 48, s. 506.

507.  (Amendment integrated into c. S-39, Form 1).

1993, c. 48, s. 507.

508.  (Omitted).

1993, c. 48, s. 508.

PROFESSIONAL SYNDICATES ACT

509.  (Amendment integrated into c. S-40, s. 1).

1993, c. 48, s. 509.

510.  (Amendment integrated into c. S-40, s. 11).

1993, c. 48, s. 510.

511.  (Amendment integrated into c. S-40, s. 12.1).

1993, c. 48, s. 511.

512.  (Amendment integrated into c. S-40, s. 26).

1993, c. 48, s. 512.

513.  (Omitted).

1993, c. 48, s. 513.

514.  (Omitted).

1993, c. 48, s. 514.

515.  (Omitted).

1993, c. 48, s. 515.

516.  (Omitted).

1993, c. 48, s. 516.

CHAPTER X

TRANSITIONAL AND FINAL PROVISIONS

Registers and archives.

517.  The enterprise registrar shall preserve and keep open for examination by the public the registers and archives of a public nature kept by him before 1 January 1994 pursuant to any of the Acts listed in Schedule I or to any private Act.

Copies, extracts, certificates and attestations.

On payment of the fees prescribed by regulation, the enterprise registrar may issue, to every person who applies therefor, copies or extracts of the preserved documents and certificates or attestations in relation thereto.

Exemption.

Where access to a record or the issue of a copy or extract of a document is requested in respect of a registrant which has availed itself of an exemption established by regulation under the third paragraph of section 97, the enterprise registrar shall delete the information covered by the exemption from the record, extract or copy. An extract or copy so issued and certified by the enterprise registrar is deemed to be a true extract or copy.

Authenticity.

A certified copy or extract of a preserved document is authentic and is proof of its registration, where applicable.

Applicable provisions.

Section 123.30, paragraph 2 of section 123.31 and section 123.32 of the Companies Act (chapter C-38) as they read on 31 December 1993 continue to apply to documents registered by the enterprise registrar under Part IA of that Act in the registers referred to in the first paragraph.

1993, c. 48, s. 517; 2001, c. 20, s. 7; 2002, c. 45, s. 551.

Preservation of registers.

518.  The clerks of the Superior Court shall preserve the registers of documents registered by them under any of the Acts listed in Schedule I and keep them open for examination by the public, free of charge, during office hours, until the Minister of Justice decides otherwise.

Copies.

On request, the clerks may issue a copy of any declaration or memorandum contained in such registers and collect, for that purpose, the duty fixed by the Government in accordance with section 224 of the Courts of Justice Act (chapter T-16).

1993, c. 48, s. 518.

Declaration of registration of natural person.

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 61 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 24 of 29

519.  The declaration of registration of a natural person described in paragraph 1 of section 2 and operating a business on 31 December 1993 must be presented to the enterprise registrar for deposit not later than 1 July 1994.

Declaration of registration of partnership.

The declaration of registration of a partnership described in paragraphs 2 and 3 of section 2 and existing on 31 December 1993 must be presented to the enterprise registrar for deposit not later than 1 January 1995.

1993, c. 48, s. 519; 2002, c. 45, s. 551.

Declaration of registration of legal person.

520.  The declaration of registration of every legal person to which section 2 applies that exists on 31 December 1993 must be presented to the enterprise registrar for deposit not later than 1 January 1995.

1993, c. 48, s. 520; 2002, c. 45, s. 551.

Exemption.

521.  A registrant is exempted from the requirement of presenting the declaration contemplated in section 520 where such registrant not later than 1 January 1995 presents to the enterprise registrar, in accordance with the law, some other document containing at least the name and the address of the domicile of the registrant, for deposit in the register. Such deposit shall effect registration.

Updating of information.

The registrant shall, however, within 60 days after such deposit, update the information concerning the registrant by transmitting to the enterprise registrar, for deposit in the register, a declaration including the information described in sections 10 to 12, accompanied with the payment of the fees determined by regulation under section 526. If the registrant fails to deposit such declaration, the enterprise registrar may, ex officio, strike off the registration by depositing an order to that effect in the register.

1993, c. 48, s. 521; 2002, c. 45, s. 551.

Applicable provisions.

522.  Sections 93.36 and 93.102 of the Act respecting insurance (chapter A-32) and sections 32, 123.35 and 123.81 of the Companies Act (chapter C-38) as they read on 31 December 1993 continue to apply to the legal persons contemplated in section 520 until 1 January 1995.

1993, c. 48, s. 522.

Applicable provisions.

523.  Chapter II applies to a declaration of registration presented under section 519 or 520.

Declaration of registration.

The declaration of registration of a natural person described in paragraph 1 of section 2 and operating a business on 31 December 1993 or the declaration of registration of a partnership described in paragraph 2 of section 2 and existing on 31 December 1993 which contains a name that includes the term "enregistré", "et compagnie", an abbreviation of those terms or any word or phrase that indicates more than one member or that one or more persons make use of the name of another person in accordance with article 1834 b of the Civil Code of Lower Canada or with section 10 of the Companies and Partnerships Declaration Act (chapter D-1) is deemed not to contravene subparagraph 4 of the first paragraph of section 13.

1993, c. 48, s. 523.

Fees.

524. The declaration of registration referred to in sections 519 and 520 must be accompanied with the fees prescribed by regulation.

1993, c. 48, s. 524.

Offence and penalty.

525. Every person or partnership subject to registration or person referred to in section 5 that fails to present a declaration in accordance with section 519 or 520 is guilty of an offence and is liable to the fine set out in section 107 or 109.

1993, c. 48, s. 525.

Fees.

526. The Government may, by regulation, prescribe the fees to be paid under section 517, 521, 524, 532 or 534.

Fees.

The fees may vary according to

  1) the categories of registrants described in section 2;

  2) the registrant's capacity;

  3) the registrant's status or juridical form;

  4) the activities carried on by registrants or the enterprises operated by them;

  5) the nature of the document deposited or of the support medium involved.

1993, c. 48, s. 526.

Dissolution.

527. The enterprise registrar may dissolve a legal person constituted under the laws of Québec before 1 July 1994 that has not deposited its declaration of registration within the time prescribed in section 520, by publishing a notice to that effect in the Gazette officielle du Québec. A legal person that has not remedied its failure is dissolved from the publication of such notice.

Notice.

The publication of the notice must be preceded by the publication in the Gazette officielle du Québec, at least 60 days beforehand, of prior notice of dissolution.

1993, c. 48, s. 527; 2002, c. 45, s. 551.

Continuance of proceedings.

528. Any proceedings for dissolution commenced before 1 January 1994 under sections 93.114 to 93.117 of the Act respecting insurance (chapter A-32), sections 321 to 327 of the Savings and Credit Unions Act (chapter C-4.1), sections 26 and 27 of the Companies Act (chapter C-38), sections 186 to 190 of the Cooperatives Act (chapter C-67.2) or under sections 6 to 15 of the Companies Information Act (chapter R-22) are continued under those provisions as they existed before that date.

Applicable provisions.

Sections 93.114 to 93.117 of the Act respecting insurance, sections 321 to 327 of the Savings and

Credit Unions Act, sections 26 and 27 of the Companies Act, sections 186 to 190 of the Cooperatives Act and the Companies Information Act, as they read on 31 December 1993, continue to apply to the legal persons contemplated in section 520 until 1 January 1995.

Exception.

However, where a legal person is registered in the register before publication of the notice of dissolution in the Gazette officielle du Québec, the striking off of such registration in accordance with any of sections 50 to 53 replaces such publication.

1993, c. 48, s. 528.

Resumption.

529.  Every legal person dissolved under section 528 may resume existence if it complies with Division III of Chapter IV, adapted as required.

1993, c. 48, s. 529.

Presumption.

530.  Every legal person dissolved under section 527 or 528 is deemed to continue its existence in order to terminate any judicial or administrative proceeding.

1993, c. 48, s. 530; 2005, c. 14, s. 48.

Continuance of proceedings.

531.  Any proceedings for dissolution or liquidation commenced before 1 January 1994 under sections 93.199 to 93.209, 93.269 to 93.273 and 391 to 405 of the Act respecting insurance (chapter A-32), sections 309 to 320 of the Savings and Credit Unions Act (chapter C-4.1), sections 28 and 28.1 of the Companies Act (chapter C-38), sections 181 to 185 of the Cooperatives Act (chapter C-67.2), or the Winding-up Act (chapter L-4) are continued under those provisions as amended by this Act, if the legal person registers in accordance with this Act. If not, the proceedings are continued under the provisions of those Acts as they existed before 31 December 1993.

Applicable provisions.

Sections 93.199 to 93.209, 93.269 to 93.273 and 391 to 405 of the Act respecting insurance, sections 309 to 320 of the Savings and Credit Unions Act, sections 28 and 28.1 of the Companies Act, sections 181 to 185 of the Cooperatives Act and sections 9, 17, 18, 19 and 32 of the Winding-up Act, as they read on 31 December 1993, continue to apply to the legal persons contemplated in section 520 until 1 January 1995.

1993, c. 48, s. 531.

Detailed return.

532.  A detailed return prescribed in section 4 of the Companies Information Act (chapter R-22) for any year prior to 1994 which has not been delivered by 1 January 1994 remains exigible. The fees applicable to the return shall be prescribed by regulation.

1993, c. 48, s. 532.

Striking off.

533.  The enterprise registrar may, ex officio, strike off the registration of a registered corporation that has not delivered a return prescribed in section 532 by depositing an order to that effect in the register.

1993, c. 48, s. 533; 2002, c. 45, s. 551.

Dissolution.

534. Notwithstanding any time limit prescribed by law at the time of dissolution, the enterprise registrar may, upon application, on the conditions he determines and upon payment of the fees prescribed by regulation, cause a corporation dissolved before 1 January 1994 pursuant to sections 26 and 27 of the Companies Act (chapter C-38) or the Companies Information Act (chapter R-22) to resume existence by depositing an order to that effect in the register.

Resumption.

Likewise, the enterprise registrar may cause a corporation dissolved by publication of the notice of dissolution referred to in section 527 or section 528, to resume existence.

Date of resumption.

Deposit of the order shall effect the registration of the corporation, which shall resume existence from the date of the deposit.

Presumption.

Subject to the rights acquired by any person, the corporation is deemed to never have been dissolved.

1993, c. 48, s. 534; 2002, c. 45, s. 551.

Certificate of resumption.

535. The certificates of resumption issued under the Companies Information Act (chapter R-22) to corporations dissolved before 10 May 1975, and which, on 9 May 1978, had not applied for resumption, are declared valid.

Exception.

This section shall not affect a judgment rendered before 13 May 1993 that is based on the illegality of the certificates of resumption referred to in the first paragraph, or any case pending on that date in which, on that date, the illegality of the certificates of resumption referred to in the first paragraph had already been raised.

1993, c. 48, s. 535.

Exemption.

536. Every legal person constituted under or pursuant to a private Act is exempted from the legal publicity requirement set out in that Act in respect of information contemplated in sections 10 to 12 of this Act if the legal person presents a declaration in accordance with this Act.

1993, c. 48, s. 536.

Consolidated revenue fund.

537. The sums required for the carrying out of this Act during the 1993-94 fiscal year shall be paid out, to the extent determined by the Government, of the consolidated revenue fund.

1993, c. 48, s. 537.

538. (Repealed).

1993, c. 48, s. 538; 2002, c. 45, s. 551; 2006, c. 38, s. 80.

Minister responsible.

539. The Minister of Revenue is responsible for the administration of this Act.

Legal publicity of sole proprietorships, partnerships and legal persons. An Act respecti...    Page 65 of 66

Case 7:07-cv-07330-LMS    Document 11-5    Filed 03/06/2008    Page 28 of 29

1993, c. 48, s. 539; 2005, c. 14, s. 49; 2006, c. 38, s. 81.

The Minister of Government Services exercises for the purposes of this Act the functions of the Minister of Revenue as regards the development of policies concerning the legal publicity of enterprises and the establishment of orientations concerning the evolution of the register of enterprises. Order in Council 296-2007 dated 19 April 2007, (2007) 139 G.O. 2 (French), 1974.

540.   (Omitted).

1993, c. 48, s. 540.

SCHEDULE  I

( Sections 517 and 518)

Act respecting insurance (chapter A-32)

Act respecting the caisses d'entraide économique (chapter C-3)

Savings and Credit Unions Act (chapter C-4)

Savings and Credit Unions Act (chapter C-4.1)

Farmers' Clubs Act (chapter C-9)

Cities and Towns Act (chapter C-19)

Fish and Game Clubs Act (chapter C-22)

Amusement Clubs Act (chapter C-23)

Municipal Code of Québec (chapter C-27.1)

Companies Act (chapter C-38)

Cemetery Companies Act (chapter C-40)

Act respecting Roman Catholic cemetery companies (chapter C-40.1)

Trust Companies Act (chapter C-41)

Timber-Driving Companies Act (chapter C-42)

Gas, Water and Electricity Companies Act (chapter C-44)

Telegraph and Telephone Companies Act (chapter C-45)

Extra-provincial Companies Act (chapter C-46)

Mining Companies Act (chapter C-47)

Act respecting the constitution of certain Churches (chapter C-63)

Cooperatives Act (chapter C-67.2)

Act respecting financial services cooperatives (chapter C-67.3)

Religious Corporations Act (chapter C-71)

Companies and Partnerships Declaration Act (chapter D-1)

Roman Catholic Bishops Act (chapter E-17)

Act respecting fabriques (chapter F-1)

Act respecting security funds (chapter F-3.2.0.4)

Winding-up Act (chapter L-4)

Mortmain Act (chapter M-1)

Act respecting the special powers of legal persons (chapter P-16)

Act respecting the enterprise registrar (chapter R-17.1)

Companies Information Act (chapter R-22)

Act respecting farmers' and dairymen's associations (chapter S-23)

Agricultural Societies Act (chapter S-25)

Horticultural Societies Act (chapter S-27)

Butter and Cheese Societies Act (chapter S-29)

Act respecting trust companies and savings companies (chapter S-29.01)

Loan and Investment Societies Act (chapter S-30)

National Benefit Societies Act (chapter S-31)

Act respecting societies for the prevention of cruelty to animals (chapter S-32)

Cooperative Syndicates Act (chapter S-38)

Stock-breeding Syndicates Act (chapter S-39)

Professional Syndicates Act (chapter S-40)

1993, c. 48, Schedule I; 2002, c. 45, s. 553.

REPEAL SCHEDULE

In accordance with section 9 of the Act respecting the consolidation of the statutes and regulations (chapter R-3), chapter 48 of the statutes of 1993, in force on 1 September 1994, is repealed, except section 514, the second paragraph of section 515, and sections 516 and 540, effective from the coming into force of chapter P-45 of the Revised Statutes.