UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CASTLE OIL CORPORATION,                                              Case No.: 07-7330

                      Plaintiff/Counterclaim Defendant,
                                                                 **NOTICE OF APPEARANCE**

    -against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

                      Defendant/Counterclaim Plaintiff.
-------------------------------------------------------------------------X

      To the Clerk of the Court and all parties of record:

      Enter my appearance in this case for Defendant Les Logiciels Info-Sys Software, Inc.

      I certify that I am admitted to practice in this Court.


Dated:    March 6, 2008
             Valhalla, New York

                                                            Robert E. Fekete (RF 6464)
                                                             *Attorneys for Les Logiciels Info-Sys Software,*
                                                             *Inc. Defendants*
                                                             Kaufman Borgeest & Ryan LLP
                                                             200 Summit Lake Drive
                                                             Valhalla, New York 10595
                                                             Telephone: (914) 741-6100
                                                             Facsimile: (914) 741-0025


TO:    Lillian S. Weigert
         Gellert & Klein, P.C.
         75 Washington Street
         Poughkeepsie, New York 12601
         Telephone: (845) 454-3250