

# Gellert & Klein, P.C.
### Attorneys at Law

Leonard Klein
Arthur L. Gellert
Stephen E. Ehlers
John A. Geoghegan
Lillian S. Weigert
James M. Fedorchak
Stephen E. Diamond ■
Scott L. Volkman
David R. Wise *
Roderick J. MacLeod
Bevin S. Harrington
Daniel H. Stock
Susan L. Flynn ▲
Pamela B. Richardson ▲
Kelly L. Traver *
Laura E. Vincenzi

75 Washington Street • Poughkeepsie, NY 12601
(845) 454-3250
(845) 454-4652 fax

Westchester office
3010 Westchester Avenue Suite 302
Purchase, NY 10577
(914) 249-0100
(914) 249-0111   fax

www.gklaw.us

**Counsel**
S. Nina Gellert
Raina E. Maissel ◊
Senator Stephen M. Saland
Robert C. Vincent, Jr.

Joseph H. Gellert
(1907-1989)

*Also Admitted in CT
▲Also Admitted in NJ
■Also Admitted in MA & FL
◊Also Admitted in England

March 13, 2008

Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

> Re:   Castle Oil Corporation v. Les Logiciels Info-Sys Software, Inc.
>       Our File No. 14986.0303
>       Case No.: 07-7330

Dear Judge Karas:

We are counsel to plaintiff Castle Oil Corporation in the referenced matter. On behalf of plaintiff/counterclaim defendant Castle Oil Corporation ("Castle"), I write to advise the Court that Castle hereby consents to have this matter referred for all purposes to United States Magistrate Lisa Smith.

Thank you.

Respectfully Yours,

GELLERT & KLEIN, P.C.
BY:

*Lillian S. Weigert*
LILLIAN S. WEIGERT

LSW/es
Cc: Robert E. Fekete, Esq.

F:\USER\clients\C\Castle Oil Corp\Info-Sys Software Inc\Letters\Karas ltr 3-13-08.wpd