# KAUFMAN BORGEEST & RYAN LLP

**ATTORNEYS AT LAW**

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE†‡
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO‡
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*
MELINDA B. MARGOLIES‡
JEFFREY S. WHITTINGTON�‡
CHRISTINE HEENAN

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN�‡

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY†††
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER†‡
ANDREW R. JONES
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††

DOUGLAS J. DOMSKY
TIMOTHY E. MCCARTHY■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*◆
MATTHEW M. FERGUSON◆
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA◻
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
THOMAS L. GALLIVAN
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF*
MILLI SHAH*

KATHRYN M. WALSH
LAURA B. JUFFA
KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN*
REMI D. FLAISHMAN*
MELISSA A. MANNING*
THOMAS LOOKSTEIN
ROBERT E. FEKETE
JULIE A. MICKIEWICZ*
LORRAINE C. SYLVESTER■
JESSICA MOLINARES
JENNIFER M. HAMILTON

—
† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
* ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
☆ ALSO ADMITTED IN FL
◦ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
◻ ADMITTED IN CA ONLY
◆ ADMITTED IN CT ONLY
☆ BARRISTER AT LAW
   ADMITTED IN ENGLAND & WALES

200 SUMMIT LAKE DRIVE
VALHALLA, NEW YORK 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

March 21, 2008

**VIA ECF & FACSIMILE (914) 390-4152**

Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

> RE:   Castle Oil Corporation v. Les Logiciels Info-Sys Software, Inc.
>         Case No.: 07-7330
>         KB&R File No.: 932.020

Dear Judge Karas:

We are counsel to defendant, Les Logiciels Info-Sys Software, Inc ("Info-Sys"), in the referenced matter. On behalf of defendant/counterclaim plaintiff Info-Sys, I am writing to advise the Court that Info-Sys consents to have this matter referred for all purposes to United States Magistrate Lisa Smith.

Should you have any questions, please feel free to contact the undersigned or Robert Fekete, at this office.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc: Lillian S. Weigert