**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                    April 10, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV7330(LMS)

Lillian S. Weigert
Gellert & Klein, P.C.,
75 Washington Street
Poughkeepsie, NY 12601

Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595

    The  matter of        **CASTLE OIL-V-LES LOGICELS**  has been  scheduled for a

conference,  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on

**April 30,  2008** at   11:30AM  in Courtroom 420.


Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


SO ORDERED:  /s/ Lisa Margaret Smith
                                              Hon. Lisa Margaret Smith
                                              U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 10, 2008

**SCHEDULING ORDER**
07CV7330(LMS)

Lillian S. Weigert
Gellert & Klein, P.C.,
75 Washington Street
Poughkeepsie, NY 12601

Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595

The matter of **CASTLE OIL-V-LES LOGICELS** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **April 30, 2008** at 11:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.