Lillian S. Weigert (LW 2869)
GELLERT & KLEIN, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250 – Telephone
(845) 454-4652 – Facsimile
lweigert@gklaw.us

*Attorneys for Castle Oil Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTLE OIL CORPORATION,

                    Plaintiff,

  -against-

LES LOGICIELS INFO-SYS
SOFTWARE, INC.,

                    Defendant.

STIPULATION + ORDER

Case No. 07-7330

---

It is hereby stipulated and agreed by and between the undersigned counsel for plaintiff Castle Oil Corporation and defendant Info-Sys Software, Inc. that:

1. Defendant hereby withdraws its second affirmative defense and consents that defendant was properly served in this action.

2. The caption of the within action shall be amended to reflect the two names of defendant and shall hereafter read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CASTLE OIL CORPORATION,

                    Plaintiff,

  -against-

INFO-SYS SOFTWARE, INC.,
a/k/a LES LOGICIELS INFO-SYS SOFTWARE, INC.,

                    Defendant.

Case No. 07-7330

    3. This stipulation may be executed by facsimile transmission and in one or more counterparts, each of which shall be deemed an original, but all such counterparts together shall constitute but one and the same stipulation.

    4. This stipulation shall be submitted to the Honorable Lisa M. Smith to be so ordered.

GELLERT & KLEIN, P.C.
BY:

*/s/ Lillian S. Weigert*
LILLIAN S. WEIGERT (LW 2869)
Attorneys for Plaintiff
Castle Oil Corporation
75 Washington Street
Poughkeepsie, NY 12601

KAUFMAN BORGEEST & RYAN LLP
BY:

*/s/ Robert E. Fekete*
ROBERT E. FEKETE (RF 6464)
Attorneys for Defendant
Info-Sys Software, Inc.
a/k/a Les Logiciels Info-Sys Software, Inc.
200 Summit Lake Drive
Valhalla, NY 10595

SO ORDERED.
Dated: 5-6-08

*/s/ Lisa Margaret Smith*
Honorable Lisa M. Smith
Chief U.S. Magistrate Judge