**ORDER**

Before: Hon. Lisa Margaret Smith, USMJ

United States District Court
Southern District of New York
-------------------------------X

CASTLE OIL                                             Docket#  07CV7330      LMS

        Plaintiff(s)                               TRIAL

    against

LES LOGICELS

-------------------------------X
        Defendant(s)

__Pretrial Conference   (In Person/Telephone)
__Settlement Conference
__Other_____

__Began       __Held       __Continued       __Completed       __Scheduled

Date **05/06/2008**   Time **1045**   Duration (Min)_____

For Plaintiff:
Lillian S. Weigert
Gellert & Klein, P.C.,
75 Washington Street
Poughkeepsie, NY 12601
(845)-454-3250   Fax: (845)-454-4652

*Michael Metrin*
*General Counsel*

For Defendant:
Joan M. Gilbride  (Robert E. Fekete)
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595
(914) 741-6100   Fax: (914) 741-0025

Remarks:

Plaintiff waives right to trial by jury.

Disc schedule as follows:
    All documents & interogs by 5/31
    Complete party & non party depos 10/15
    All Xpt disc complete by 11/30

ADJOURNED DATE **6/13/08 10am(CC)**

TAPELOG
Tape
From       To

Submitted by/So Ordered: *Lisa Margaret Smith*
Courtroom Deputy/USMJ