

### Gellert & Klein, P.C.
#### Attorneys at Law

Leonard Klein
Arthur L. Gellert
Stephen E. Ehlers
John A. Geoghegan
Lillian S. Weigert
James M. Fedorchak
Stephen E. Diamond ■
Scott L. Volkman
David R. Wise *
Roderick J. MacLeod
Bevin S. Harrington
Daniel H. Stock
Susan L. Flynn ▲
Pamela B. Richardson ▲
Kelly L. Traver *
Laura E. Vincenzi

75 Washington Street • Poughkeepsie, NY 12601
(845) 454-3250
(845) 454-4652 fax

Westchester office
3010 Westchester Avenue Suite 302
Purchase, NY 10577
(914) 249-0100
(914) 249-0111  fax

www.gklaw.us

Counsel
S. Nina Gellert
Raina E. Maissel ◊
Senator Stephen M. Saland
Robert C. Vincent, Jr.

Joseph H. Gellert
(1907-1989)

*Also Admitted in CT
▲Also Admitted in NJ
■Also Admitted in MA & FL
◊Also Admitted in England

August 11, 2008

Honorable Lisa Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 428
White Plains, NY 10601

      Re: Castle Oil Corporation v. Info-Sys Software, Inc.
        Our File No. 14986.0303
        Case No.: 07-7330

Dear Judge Smith:

  This office represents plaintiff Castle Oil Corporation ("Castle") in this action. I am authorized to state that Castle does not oppose the requested stay, so long as it is without prejudice to Castle's rights to proceed against the principals and/or any successor of Info-Sys Software, Inc. ("Info-Sys"). Further, in the event that the Canadian bankruptcy proceeding is terminated before discharge or the like, Castle would request that this case then be reopened. With the foregoing conditions, Castle has no objections to the relief requested in attorney Fekete's August 5, 2008 letter.

  Thank you.

              Respectfully Yours,

              GELLERT & KLEIN, P.C.
              BY:

              *[signature]*
              LILLIAN S. WEIGERT
              lweigert@gklaw.us

LSW/mah

cc: Robert E. Fekete, Esq.
   Michael Meadvin, Esq.

F:\USER\clients\C\Castle Oil Corp\Info-Sys Software Inc\Letters\Smithltr 08-08-08.wpd